UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEDALIA BENTON,<br>      Plaintiff,<br>    v.<br>REAL ESTATE FINANCIAL SERVICES, INC., et al.,<br>      Defendants. | Case No. 15-cv-03500-JSW<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>Re: Docket No. 7 |

On July 30, 2015, the Court issued an Order denying the application for a temporary restraining order, filed by Plaintiff, Sedalia Benton. In that Order, the Court also denied Ms. Benton's application to proceed *in forma pauperis* and dismissed the complaint with leave to amend. The Court directed Ms. Benton to file an amended complaint and a renewed application to proceed *in forma pauperis* by August 28, 2015.

Ms. Benton did not file an amended complaint by that deadline. On August 31, 2015, however, she filed a motion to extend the deadline for a period of thirty days, ostensibly on the basis that she was in the hospital. (*See generally* Docket No. 7.) In light of Ms. Benton's pro se status, the Court shall grant her request. Although Ms. Benton is representing herself, she is expected to comply with the Federal Rules of Civil Procedure, the Local Rules, this Court's standing orders, and any deadlines set by the Court. *See, e.g., Ghazali v. Moran*, 46 F.3d, 52, 54 (9th Cir. 1995) (noting that pro se litigants are bound by the rules of procedure), *cert denied*, 516 U.S. 838 (1995); Civil L.R. 3-9(a). Therefore, if Ms. Benton seeks any extensions of time in the future, she is admonished to file such requests sufficiently in advance of a deadline for the Court to rule on the request before the deadline expires.

Accordingly, Ms. Benton shall file an amended complaint and renewed motion to proceed

*in forma pauperis* by no later than **October 1, 2015.** If Ms. Benton fails to file an amended complaint by that date, the Court shall dismiss this action without prejudice.

The Court once again advises Ms. Benton that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. The Court also advises Ms. Benton that she also may wish to seek assistance from the Legal Help Center. Ms. Benton may call the Legal Help Center at 415-782-8982 or sign up on the 15th Floor of the San Francisco Courthouse, Room 2796, or on the 4th Floor of the Oakland Courthouse, Room 470S, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: September 1, 2015

JEFFREY S. WHITE
United States District Judge