UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEDALIA BENTON,<br><br>    Plaintiff,<br><br>v.<br><br>REAL ESTATE FINANCIAL SERVICES, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-03500-JSW<br><br>**ORDER DIRECTING PLAINTIFF TO FILE RENEWED MOTION TO PROCEED** *IN FORMA PAUPERIS* **OR PAY FILING FEE**<br><br>Re: Docket No. 8 |

On September 1, 2015, the Court issued an Order granting Plaintiff's request for extension of time, and it directed Plaintiff to file an amended complaint **and** a renewed motion to proceed *in forma pauperis* by no later than October 1, 2015. Plaintiff filed her Amended Complaint on October 1, 2015, but she did not file a renewed motion to proceed *in forma pauperis* and she did not pay the filing fee for filing a complaint. Accordingly, if Plaintiff wishes to proceed with this action, she shall file a renewed motion to proceed *in forma pauperis* or shall pay the filing fee associated with filing a complaint by no later than **October 13, 2015**. If Plaintiff fails to comply with this Order, the Court shall dismiss this case, without prejudice.

The Court once again advises Ms. Benton that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. The Court also advises Ms. Benton that she also may wish to seek assistance from the Legal Help Center. Ms. Benton may call the Legal Help Center at 415-782-8982 or sign up on the 15th Floor of the San Francisco Courthouse, Room 2796, or on the 4th Floor of the Oakland Courthouse, Room 470S, for a free appointment with an attorney

1 | who may be able to provide basic legal help, but not legal representation.

2 | **IT IS SO ORDERED.**

3 | Dated: October 2, 2015

_____
JEFFREY S. WHITE
United States District Judge