UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEDALIA BENTON,

   Plaintiff,

  v.

REAL ESTATE FINANCIAL SERVICES, INC., et al.,

   Defendants.

Case No. 15-cv-03500-JSW

**ORDER DISMISSING WITH PREJUDICE**

On July 29, 2015, Plaintiff, Sedalia Benton ("Ms. Benton") filed her Complaint, an application to proceed *in forma pauperis*, and a motion for a temporary restraining order. On July 30, 2015, the Court issued an Order denying her application to proceed *in forma pauperis*, denied her motion for a temporary restraining order, and dismissed her Complaint with leave to amend.

On October 1, 2015, pursuant to the Court's Order, Ms. Benton filed a First Amended Complaint ("FAC"), and on October 13, 2015, she filed a renewed application to proceed *in forma pauperis* and a motion for a preliminary injunction.

On October 14, 2015, the Court issued an Order, in which it denied Ms. Benton's renewed application to proceed *in forma pauperis*, dismissed the FAC, and provided Ms. Benton with one final opportunity to amend her complaint to cure the deficiencies identified by the Court. The Court also denied Ms. Benton's request for a temporary restraining order.

Ms. Benton was ordered to file an amended complaint by November 13, 2015, and the Court advised her that the failure to file a timely amended complaint would result in dismissal of this action with prejudice.

1     Ms. Benton has not filed an amended complaint by the deadline set by the Court.

2 Accordingly, the Court HEREBY DISMISSES this action with prejudice.

3     **IT IS SO ORDERED.**

4 Dated: November 24, 2015

                                       JEFFREY S. WHITE
                                       United States District Judge